UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22979 CIV MORENO/TORRES

NORBERTO FUENTES

        Plaintiff,

v.

MEGA MEDIA HOLDINGS, INC. et al.

_____/

**PLAINTIFF'S MOTION FOR RECONSIDERATION OF COURT'S ORDERS DATED
JUNE 29, 2011 (DE 146)(DE 147).**

Plaintiff, by and through undersigned counsel, and pursuant to Fed.R.Civ.P. 60 and Local

Rule 7.1, hereby respectfully requests that this Honorable Court reconsider its orders dated June

29, 2011 (DE 146, 147), and as grounds thereof states as follows:

1.      On June 9, 2011, Magistrate Judge Edwin Torres entered a report and

recommendation, recommending summary judgment to defendants in the above referenced

matter.  (DE 142)

2.      At the conclusion of the report, Magistrate Torres recommended and stated

Plaintiff had fourteen (14) business days from the date of the report and recommendation to file

objections.  (DE 142, p. 37).

3.      Judge Torres specifically stated, "the parties have fourteen (14) business days

from the date of this Report and Recommendation to serve and file written objections…" (*Id.*).

4.      Plaintiff calculated the following business days after June 9, 2011: June 10, 13,

14, 15, 16, 17, 20, 21, 22, 23, 24, 27, 28, with the fourteenth business day being June 29, 2011.

June 29, 2011 is exactly 14 business days after June 9, 2011.

5.      On June 29, 2011, Norberto Fuentes filed his written objections to Magistrate Torres's report and recommendation, which his counsel believed was timely in accordance with Magistrate Torres's Report and Recommendation.  (DE 145).

6.      Based upon Magistrate Torres' statement that Plaintiff had 14 business days from the date of the order to file written objections, Plaintiff and his counsel believed June 29, 2011 was the court's deadline.

7.      Accordingly, Plaintiff respectfully requests, and pleads with this Honorable Court to reconsider its orders dated June 29, 2011, adopting the report and recommendation of Magistrate Torres (DE 146), and entering a judgment in favor of Defendants (DE 147), as he filed his objections to the report within 14 business days after the June 9, 2011 report and recommendation.

8.      Plaintiff's counsel submits his client should not suffer such severe prejudice in light of this obvious misunderstanding of the court's deadline date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th of June 2011, I electronically filed the foregoing document with the clerk of court using CM/ECF.

Respectfully submitted,

*/s/ Richard J. Burton, Esquire*
Richard J. Burton
Fla. Bar No. 179337
Richard J. Burton, P.A.
2999 NE 191st Street, Suite 805
Aventura, FL 33180
305-705-0888